Bella Zemel, Appellee, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 41,039.

opinion filed June 26, 1940; rehearing denied July 9, 1940. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Albert E. Hallett, Jr., of counsel; Peter Fitzpatrick and

Novak & Ostrom, for appellee; Peter Fitzpatrick and George A. Askounis, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''